## THACKER v. MYRICK.

1. It is only the plaintiff in error who can file the record in this Court.
2. If he omit to do so, the defendant may have the judgment affirmed on certificate.
3. The certificate authenticating the record, is sufficient for this purpose, but he cannot be allowed the costs of the record.

In this case, the record was filed by the defendant in error, and he now moves for an affirmance of judgment for the want of an assignment of errors. The plaintiff insists that the record was not filed by his counsel, and that the defendant has no right to file it and tax him with the costs.

GOLDTHWAITE, for plaintiff in error.

THORINGTON, for defendant in error.

By LIPSCOMB, CHIEF JUSTICE. We are of the opinion, that the record can only be filed by the party taking out the writ of error. If he should fail to file it, the ad-

verse party can have judgment affirmed on certificate.
The certificate accompanying the record is sufficient for
the purpose of affirmance.   It is however affirmed with-
out subjecting the plaintiff in error to the costs of the re-
cord; they must be paid by the party filing it.